**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

                                        :

              Government,       :       24 CR. 03 (RMB)

                                          :

      - against -                :       **ORDER**

                                          :

                                        :

QUAMEL PIERCE,                   :

                                        :

             Defendant.       :
------------------------------------------------------------------x

The status conference scheduled for Wednesday, January 10, 2024 at 3:00 P.M. will take place in Courtroom 17B.

Dated: January 9, 2024
      New York, NY

                                    *Richard M. Berman*

                                    RICHARD M. BERMAN
                                        U.S.D.J.