**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,          :

                                   :

                Government,       :         24 CR. 3 (RMB)

                                   :

    - against -                  :         **ORDER**

                                   :

                                   :

QUAMEL PIERCE,                :

                                   :

                Defendant.       :
-------------------------------------------------------------x

The bail review hearing scheduled for Wednesday, February 7, 2024 at 9:30 A.M. will take place in Courtroom 17B.

Dated: January 31, 2024
       New York, NY

                                   _Richard M. Berman_

                                   RICHARD M. BERMAN
                                       U.S.D.J.