**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 24 CR. 03 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| QUAMEL PIERCE, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The bail hearing scheduled for Monday, February 26, 2024 at 12:00 P.M. will take place in Courtroom 17B.

Dated: February 21, 2024
        New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.