**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                    Government,              :      24 CR. 03 (RMB)
                                             :
        - against -                          :      ORDER
                                             :
                                             :
QUAMEL PIERCE,                               :
                                             :
                    Defendant.               :
-------------------------------------------------------------x
```

The sentencing scheduled for Tuesday, April 30, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: April 24, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.