**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,       :

               Government,       :    24 CR. 03 (RMB)

   - against -       :    **ORDER**

QUAMEL PIERCE,       :

               Defendant.       :
-------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, November 19, 2025 at 12:30 P.M. will take place in Courtroom 17B.

Dated: November 12, 2025
       New York, NY

                                                              RICHARD M. BERMAN
                                                                  U.S.D.J.