UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                        Government,                    24 CR. 03 (RMB)

       -against-                                  **ORDER**

QUAMEL PIERCE,
                        Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

      C.J.A. attorney Christine Delince is reappointed to represent the above named Defendant effective October 24, 2025.

Dated: New York, New York
       November 19, 2025

                                                  Hon. Richard M. Berman, U.S.D.J.