**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                            Government,       :        24 CR. 03 (RMB)
                                              :
              - against -                     :        **ORDER**
                                              :
                                              :
QUAMEL PIERCE,                                :
                                              :
                            Defendant.        :
------------------------------------------------------------------x


      The supervised release hearing scheduled for Tuesday, December 16, 2025 at 11:30 A.M. will take place in Courtroom 17B.


Dated: December 10, 2025
      New York, NY


                        _____

                             RICHARD M. BERMAN
                                U.S.D.J.