**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                        :
                                                 :
                              Government,         :          24 Cr. 03 (RMB)
                                                 :
                - against -                       :          **ORDER**
                                                 :
QUAMEL PIERCE,                                    :
                                                 :
                              Defendant.          :
--------------------------------------------------------------x


The supervised release hearing is scheduled for January 15, 2026 at 12:00 P.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams

## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 711 790 919#

Dated: January 8, 2026
        New York, NY

_Richard M. Berman_
_____
**RICHARD M. BERMAN**
**U.S.D.J.**