**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                                        :

                          Government,          :          24 Cr. 03 (RMB)
                                                        :

             - against -               :          **ORDER**

                                                        :
QUAMEL PIERCE,                                :

                                                        :

                            Defendant.          :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for February 5, 2026 at 11:00 A.M. on

Microsoft Teams. The Court will send the link by email.

Dated: January 29, 2026
       New York, NY

                                                                 _____
                                                              **RICHARD M. BERMAN**
                                                                   **U.S.D.J.**