**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                               :
                              Government,       :        24 Cr. 03 (RMB)
                                               :
              - against -                      :        **ORDER**
                                               :
QUAMEL PIERCE,                                 :
                                               :
                              Defendant.        :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for February 17, 2026 at 9:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 11, 2026
       New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**