**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

UNITED STATES OF AMERICA,              :

                          :

              Government,     :      24 Cr. 03 (RMB)

                          :

       - against -            :      **ORDER**

                          :

QUAMEL PIERCE,               :

                          :

             Defendant.      :

------------------------------------------------------------------x

      The supervised release hearing is scheduled for March 4, 2026 at 12:30 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 25, 2026
      New York, NY

                              **RICHARD M. BERMAN**
                                 **U.S.D.J.**