**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,         :

         :

         Government,      :      24 Cr. 03 (RMB)

         :

      - against -        :      **ORDER**

         :

QUAMEL PIERCE,         :

         :

        Defendant.      :
------------------------------------------------------------x

The supervised release hearing is scheduled for April 13, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: April 9, 2026
     New York, NY

                    **RICHARD M. BERMAN**
                         **U.S.D.J.**