**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                    Government,            24 Cr. 03 (RMB)

        - against -               **ORDER**

QUAMEL PIERCE,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      The supervised release hearing is scheduled for May 12, 2026 at 12:00 P.M. on Microsoft Teams. The Court will send the link by email.

Dated: May 8, 2026
     New York, NY

                                **RICHARD M. BERMAN**
                                     **U.S.D.J.**