**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

QUAMEL PIERCE,

Defendant.

24 Cr. 03 (RMB)

**ORDER**

The Probation Department has submitted to the Court on May 28, 2026, a "request for clarification regarding transfer of supervision to EDNY."

In response, the Court will hold a supervised release hearing on June 9, 2026 at 10:00 A.M in Courtroom 17B to consider in more detail whether and under what conditions Quamel Pierce should continue to reside with his aunt. Probation has advised the Court previously that (i) "a pre-release investigation [authorization to live with Mr. Pierce's aunt] was completed and denied;" (ii) "Mr Pierce is currently residing in [his aunt's] home, in the basement apartment with his [two] brothers;" and (iii) the transfer of supervision to EDNY was previously denied "based on Mr. Pierce's aunt. . . not permitting him to reside with her."

Probation is requested to collect adequate information regarding the issues presented here and to present the information at the June 9, 2026 hearing.

Date:  May 28, 2026
New York, New York

_____
**RICHARD M. BERMAN, U.S.D.J.**