**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,        :
            :
           Government,      :      24 Cr. 03 (RMB)
            :
     - against -        :      **ORDER**
            :
            :
QUAMEL PIERCE,          :
            :
         Defendant.     :
-------------------------------------------------------------x

      The supervised release hearing previously scheduled for June 9, 2026 at 10:00AM is rescheduled to June 11, 2026 at 11:30 AM in Courtroom 17B.

Dated: June 4, 2026
      New York, NY

                                _____
                                 **RICHARD M. BERMAN**
                                    **U.S.D.J.**