**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 24 CR. 03 (RMB)

- against - : **ORDER**

QUAMEL PIERCE, :

Defendant. :

---------------------------------------------------------------x

The supervised release hearing scheduled for Wednesday, August 12, 2026 at 12:00 P.M. will take place in Courtroom 17B.

Dated: August 6, 2026
New York, NY

RMB

RICHARD M. BERMAN
U.S.D.J.