**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

:

Government, : 24 Cr. 03 (RMB)

:

- against - : **ORDER**

:

:

QUAMEL PIERCE, :

:

Defendant. :

---------------------------------------------------------------x

The supervised release hearing scheduled for September 9, 2026 at 9:30 A.M. will take place in Courtroom 17B.

Dated: September 3, 2026
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**