**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 24 CR. 03 (RMB)

\- against - : **ORDER**

QUAMEL PIERCE, :

Defendant. :

-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, October 5, 2026 at 4:30 P.M.

The court will send the link via email.

Dated: October 1, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**