**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA, :

Government, : 24 Cr. 03 (RMB)

- against - : **ORDER**

QUAMEL PIERCE, :

Defendant. :

---------------------------------------------------------------x

The supervised release hearing previously scheduled for October 5, 2026 at 4:30 PM is rescheduled to October 22, 2026 at 10:30 AM on Microsoft Teams. The Court will send the Teams link by email.

Dated: October 6, 2026
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**