**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

QUAMEL PIERCE,

Defendant.

24 Cr. 03 (RMB)

**ORDER**

In light of Mr. Pierce's failure to report to the Probation Department and recent missed treatment sessions, the Court will hold a supervised release hearing on Wednesday, October 14, 2026 at 11:00 AM in Courtroom 17B, 500 Pearl Street.

Date: October 13, 2026
New York, New York

RMB

**RICHARD M. BERMAN, U.S.D.J.**