**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

QUAMEL PIERCE,

Defendant.

---------------------------------------------------------------x

24 Cr. 03 (RMB)

**ORDER**

The supervised release hearing previously scheduled for October 22, 2026 at 10:30 AM is rescheduled to November 12, 2026 at 1:00 PM on Microsoft Teams. The Court will send the Teams link by email.

Dated: October 19, 2026
New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**