**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
Government, : 24 CR. 03 (RMB)
:
- against - : **ORDER**
:
QUAMEL PIERCE, :
:
Defendant. :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 12, 2026 at 1:00 P.M.

The court will send the link via email.

Dated: November 4, 2026
New York, NY

RMB

**RICHARD M. BERMAN**
**U.S.D.J.**